# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **TREY CARNLEY** | § | |
| | § | |
| | § | |
| v. | § | **CASE NO. 6:20cv225-JDK** |
| | § | |
| | § | |
| **MUGGLE TOWING, LLC, ET AL.** | § | |

## MEDIATION REPORT

The undersigned convened a mediation in the above-entitled case on June 10, 2021. All necessary parties were present. The mediation resulted in a settlement.

**So ORDERED and SIGNED this 10th day of June, 2021.**

*JOHN D. LOVE*
UNITED STATES MAGISTRATE JUDGE