IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**TREY CARNLEY**                                                             **PLAINTIFF**

vs.                                         No. 6:20-cv-225-JDK

**MUGGLE TOWING, LLC,**                                       **DEFENDANTS**
**and JESSICA WARREN**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Trey Carnley and Defendants Muggle Towing, LLC, and Jessica Warren hereby jointly stipulate to dismissal of this action with prejudice. The Parties respectfully request that this matter be dismissed with prejudice and without award of costs or fees to either Party.

Respectfully submitted,

**PLAINTIFF TREY CARNLEY**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar. No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 1 of 2
Trey Carnley v. Muggle Towing, LLC, et al.
U.S.D.C. (E.D. Tex.) No. 6:20-cv-225-JDK
Joint Stipulation of Dismissal with Prejudice

and MUGGLE TOWING, LLC, and
JESSICA WARREN, DEFENDANTS

NOTEWARE LAW FIRM, P.C.
100 East Ferguson, Suite 910
Tyler, Texas 75702
Telephone: (903) 747-8245
Facsimile: (903) 730-5151

*/s/ Daniel A. Noteware, Jr.*
Daniel A. Noteware, Jr.
Tex. Bar No. 24051123
dan@notewarelaw.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the above and foregoing document was filed via the CM/ECF system, which will provide notice to the attorneys named below:

Daniel A. Noteware, Jr., Esq.
NOTEWARE LAW FIRM, P.C.
100 East Ferguson, Suite 910
Tyler, Texas 75702
Telephone: (903) 747-8245
Facsimile: (903) 730-5151
dan@notewarelaw.com

*/s/ Josh Sanford*
**Josh Sanford**

Page 2 of 2
Trey Carnley v. Muggle Towing, LLC, et al.
U.S.D.C. (E.D. Tex.) No. 6:20-cv-225-JDK
Joint Stipulation of Dismissal with Prejudice