# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TREY CARNLEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:20-cv-225-JDK |
| § | |
| MUGGLE TOWING, LLC and § | |
| JESSICA WARREN, § | |
| § | |
| Defendants. § | |

## ORDER CLOSING CASE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Docket No. 63). As per the stipulation, all claims in this case are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **6th** day of **October, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE